UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CR-20019-COHN/SELTZER

UNITED STATES OF AMERICA,

vs.

JUNIOR LEE REEVES,

Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

**THIS CAUSE** is before the Court on Defendant Junior Lee Reeves' Motion to Vacate Sentence Pursuant to Fed. R. Civ. P. 60(b) [DE 147].  The Court has considered Mr. Reeves' Motion, the Government's response [DE 148], and is otherwise advised in the premises.

The Court agrees with the Government in concluding that Rule 60(b) does not provide for relief from a judgment in a criminal case.  Mr. Reeves may refile his motion based on newly discovered evidence as a motion to vacate sentence pursuant to 28 U.S.C. § 2255.  Any such motion must be filed no later than one year from the date the judgment of conviction becomes final.  It is therefore

**ORDERED AND ADJUDGED** that Defendant Junior Lee Reeves' Motion to Vacate Pursuant to Fed. R. Civ. P. 60(b) [DE 147] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 15th day of September, 2010.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE